IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| APALONE, INC.<br><br>Plaintiff,<br><br>v.<br><br>SCHUTT SPORTS, LLC and CERTOR SPORTS, LLC,<br><br>Defendants. | Case No. 3:21-cv-03186 |

**DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL PAGES OF ARGUMENT IN SUPPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendants Schutt Sports, LLC and Certor Sports, LLC, by and through their counsel Fish and Richardson, P.C. and Giffin, Winning, Cohen & Bodewes, P.C., and for their Unopposed Motion for Additional Pages of Argument in its Reply in Support of Their Motion for Summary Judgment, respectfully states as follows:

1. Plaintiff, Apalone, Inc., filed its Response to Defendants' Motion for Summary Judgment which contained 81 Additional Material Facts and approximately 26 pages of argument (including pictures).

2. Given the significant amount of material set forth in Plaintiff's argument that Defendants must reply to, Defendants need more than the five (5) pages of argument allowed by Local Rule 7.1(D)(3)(b).

3. Counsel for Defendants has conferred with counsel for Plaintiff who has indicated that Plaintiff does not object to Defendants' request to be allowed to file a Reply in Support of their Motion for Summary Judgment containing an argument section that is a maximum of 10 pages and otherwise in compliance with Local Rule 7.1(D)(3)(b).

1

WHEREFORE, Defendants pray that this Court grant their Unopposed Motion for Motion for Additional Pages of Argument in their Reply in Support of their Motion for Summary Judgment and enter an Order allowing them to file a Reply in Support of their Motion for Summary Judgment containing a maximum of 10 pages of argument.

Dated: January 7, 2022

                                                Respectfully submitted,

                                                COUNSEL FOR DEFENDANTS

                                                By: */s/ Matthew R. Trapp*

FISH & RICHARDSON P.C.
**Thad C. Kodish**
tkodish@fr.com
Georgia Bar No. 427603
**Wonjoon Chung**
chung@fr.com
Georgia Bar No. 396468
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Phone:  (404) 892-5005
Fax: (404) 892-5002

**Bailey K. Benedict**
benedict@fr.com
Texas Bar No. 24083139
1221 McKinney St., Suite 2800
Houston, TX 77010
Phone: (713) 654-5300
Fax: (713) 652-0109

**David A. Herman**, IL Reg. No. 6211060
**Matthew R. Trapp**, IL Reg. No. 6284154
GIFFIN, WINNING, COHEN & BODEWES, P.C.
1 West Old State Capitol Plaza, Suite 600
Springfield, IL 62701
Phone: (217) 525-1571
Fax: (217) 525-1750
dherman@giffinwinning.com
mtrapp@giffinwinning.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 7, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew R. Trapp*
Matthew R. Trapp
