E-FILED
Saturday, 27 June, 2026  04:33:12 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| APALONE, INC., | CASE NO. 3:21-CV-03186-SEM-DJQ |
| Plaintiff, | |
| v. | District Judge Sue E. Myerscough<br>Magistrate Judge Douglas J. Quivey |
| SCHUTT SPORTS, LLC and CERTOR SPORTS, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

**DAUBERT HEARING REFERENCED MATERIALS**

Per the Court's instruction, attached are the following additional materials referenced at the *Daubert* hearing on June 23, 2026:

Exhibit A (KRANAP0000097) Schutt product literature identifying the 10 new features of the accused F-7 helmet, with "tectonic plate" and "shell" listed as the top 2 features; and (KRANAP0000021) showing up to $ 148.75 per helmet price increase for F-7.

Exhibit B (Report of Mickey A. Ferri - - *submitted by Defendants*): Schutt's damages expert arrived at his own $ 0.50 royalty rate by citing "four specific contributions from Michael Princip and his team" to divide the Princip agreement's $ 2 royalty rate by four (¶ 12). The four contributions Mr. Ferri adopts were simply pulled from another expert retained by Defendant (¶ 116).

Respectfully submitted,

Dated: June 27, 2026

*/s/Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
RAYMOND P. NIRO LAW, LLC
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606

1

Telephone: 312-803-3682
RPN@nirolawfirm.com

Makayla Reynolds
RAYMOND P. NIRO LAW, LLC
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606
Telephone: 352-638-7133
Mreynolds@NiroLawFirm.com

*Attorneys for Plaintiff Apalone, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 27, 2026, the foregoing

**DAUBERT HEARING REFERENCED MATERIALS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Raymond P. Niro, Jr.*
*Attorney for Plaintiffs*,
Raymond P. Niro, Jr.